UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAKAN DURANTAS on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

ARAM P. CAZAZIAN, P.C.,,

    Defendant.

So Ordered,

/s/ (ARR)

Allyne R. Ross, U.S.D.J.
11/14/2024
Case No. 1:23-cv-7300

**STIPULATION OF DISMISSAL**

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Hicksville, New York
    November 13, 2024

**Mars Khaimov Law, PLLC**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**Stein & Nieporent LLP**

By: */s/ David Stein*
David Stein, Esq.
1441 Broadway, suite 6090
New York, NY 10018
dstein@steinllp.com
*Attorneys for Defendant*